**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose (SBN 126281)
Frank C. Brucculeri (SBN 137199)
1801 Century Park East
Suite 1500
Los Angeles, California 90067-2302
Tel: (310) 551-6555
Fax: (310) 277-1220

Attorneys for Plaintiff
PUGET CARRIER CORPORATION

FILED

MAY - 9 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**EDL**

**C 07 2495**

PUGET CARRIER CORPORATION, a
Delaware Corporation,

    Plaintiff,

vs.

TUG DELTA LINDA, Official Number
1078815, her engines, tackle,
appurtennces, etc. *in rem*, BAYDELTA
MARITIME, INC., a California
Corporation,

    Defendants.

Case No.

**IN REM**

**VERIFIED COMPLAINT FOR
MARITIME NEGLIGENCE AND
COLLISION DAMAGES**

Plaintiff PUGET CARRIER CORPORATION ("PCC"), by and through its counsel, KAYE ROSE & PARTNERS, LLP, states its Complaint *in rem* against Defendant Tug DELTA LINDA, Official Number 1078815 ("Tug DELTA LINDA") pursuant to Supplemental Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, and its Complaint *in personam* against BAYDELTA MARITIME, INC. and BAY AND DELTA MARINE SERVICES. (hereinafter collectively "BAYDELTA") as follows:

-1-

1

## JURISDICTION

2    **1.**    This is a case of admiralty and maritime jurisdiction within the meaning of Rule
3    9(h) of the Federal Rules of Civil Procedure, Rule C of the Supplemental Rules for Certain
4    Admiralty and Maritime Claims, and 28 U.S.C. § 1333, as hereinafter more fully appears.

5    **2.**    Venue is proper in this court because the marine casualty which gives rise to
6    the claims herein occurred within the jurisdiction in the waters adjacent to the Chevron
7    Richmond Long Wharf, Richmond, California.

8

## THE PARTIES

9    **3.**    Plaintiff PUGET CARRIER CORPORATION ("PCC") is a corporation
10    organized and existing under the laws of the state of Delaware, with its principal place of
11    business in New York, New York.

12    4.    At all times relevant herein, PCC was the owner and/or operator of the ocean
13    going oil tanker M/T PUGET SOUND, Official Number 655-201. The M/T PUGET
14    SOUND is registered with and flies the flag of the United States of America.

15    **5.**    *In Rem* Defendant Tug DELTA LINDA, Official Number 1078815 is a 1995
16    built, 99 foot long, 34 foot wide, 4,400 horsepower tractor tug, and at all relevant times
17    herein was owned and/or operated by Defendant BAYDELTA MARITIME, INC and/or
18    Defendant BAY AND DELTA MARINE SERVICES, INC (hereinafter collectively
19    "BAYDELTA"). The Tug DELTA LINDA is now or will be located in the San Francisco
20    Bay and/or the United States navigable waters and within the jurisdiction of this Court .

21    6.    Plaintiff is informed and believes and thereon alleges that Defendant
22    BAYDELTA MARITIME, INC. ("BAYDELTA") is a corporation organized and existing
23    under the laws of the state of California, with its principle place of business in San
24    Francisco, California, and at all times relevant herein was one of the owners and/or operators
25    of the *in rem* Defendant Tug DELTA LINDA, Official Number 1078815.

26    7.    Plaintiff is informed and believes and thereon alleges that Defendant Bay and
27    Delta Marine Services, Inc. ("BAY & DELTA") is a corporation organized and
28    existing under the laws of the state of California, with its principle offices in San Francisco,

-2-

1  California, and at all times relevant herein was one of the owner and/or operators of the *in*

2  *rem* Defendant TUG DELTA LINDA, Official Number 1078815.

3  ### GENERAL ALLEGATIONS

4      8.    The Defendants, and each of them, employed and/or otherwise retained

5  and/or controlled the individuals, including the Master, deckhand(s), deckmate(s) and/or

6  engineer(s) who were aboard the Tug DELTA LINDA, and working for the defendants, and

7  each of them, within the course and scope of their employment at all times relevant herein.

8      9.    Plaintiff is informed and believes and thereon alleges that at all times

9  mentioned herein, each of the Defendants were the agent and/or employee of each remaining

10  Defendant(s), and were at all times the acting within the purpose and scope of said

11  employment and/or agency.

12      10.    Plaintiff is informed and believes and thereon alleges that at all times relevant

13  herein, the BAYDELTA defendants, and each of them, held themselves out to Plaintiff PCC

14  and/or PCC's manager OSG Ship Management, Inc. ("OSG") and/or to the general public

15  at large as experienced providers of tug assist services and as skillful, experienced and

16  knowledgeable in the handling of assist tugs for docking and undocking of vessels in and

17  about the inland waters adjacent to Richmond, California.

18  ### FIRST CAUSE OF ACTION

19  ### As Against All Defendants

20  (General Maritime Law Negligence)

21  Collision Damages

22      11.    Plaintiff PCC hereby refers to and incorporates paragraphs 1 - 10 herein as

23  though fully set forth.

24      12.    On or about October 24, 2005, PCC's oil tanker M/T PUGET SOUND was

25  afloat adjacent to the Chevron Richmond Long Wharf N#3 in Richmond, California,

26  where she had (discharged) a cargo of oil for overseas transport.

27      13.    In advance of her scheduled departure from the Chevron Richmond Long

28  Wharf N#3, the M/T PUGET SOUND and/or Plaintiff PCC,  by and through their

1 respective authorized agents, requested that BAYDELTA provide tug assist services to
2 the M/T PUGET SOUND for the purpose of maneuvering the M/T PUGET SOUND
3 safely from the Richmond Long Wharf.

4      14.    BAYDELTA dispatched the Tug DELTA LINDA to assist the
5 M/T PUGET SOUND in departing the Chevron Richmond Long Wharf safely. The tug
6 DELTA LINDA did in fact appear and attend at the Chevron Richmond Long Wharf and
7 did make up to the M/T PUGET SOUND and actively engage in assisting the M/T
8 PUGET SOUND in maneuvering from the dock.

9      15.    Inasmuch as the defendant Tug DELTA LINDA was engaged to provide
10 tug assist services to the M/T PUGET SOUND, both the Tug DELTA LINDA and
11 BAYDELTA were obligated, and had an affirmative duty to exercise such care and skill
12 as prudent tug operators and/or navigators would customarily employ for the safe and
13 proper performance of similar services under the circumstances.

14      16.    At or about 0412 on October 24, 2005, the Tug DELTA LINDA, whilst
15 engaged in assisting the M/T PUGET SOUND in departing the Richmond Long Wharf,
16 and whilst made fast to the M/T PUGET SOUND, accelerated suddenly and violently
17 and collided with the port side hull of the M/T PUGET SOUND on two separate and
18 distinct occasions. The collisions caused extensive physical damage to the hull of the
19 M/T PUGET SOUND.

20      17.    Plaintiff PCC is informed and believes and thereon alleges that the two
21 separate and distinct collisions as aforesaid were caused by the negligence of the Tug
22 DELTA LINDA and those charged with her operation and control, and by the
23 Defendants, and each of them, who failed to exercise the required care and skill in the
24 operation of the Tug DELTA LINDA during the performance of the tug assist maneuver
25 in which the tug was engaged at the time of the collisions.

26      18.    As a direct and proximate result of the negligence of the defendants, and
27 each of them, the vessel M/T PUGET SOUND sustained extensive physical damage. By
28 reason of the aforesaid collisions and resulting physical damage to the hull of the M/T

1  PUGET SOUND, Plaintiff PCC sustained damages of no less than $250,000.00,
2  including the cost of repairs made to the M/T PUGET SOUND, loss of use of that vessel
3  during repairs, and other incidental and/or consequential damages, all of which will be
4  subject to proof at the time of trial.

5       19.    The aforesaid collisions and resulting physical damage and incidental
6  and/or consequential damages, were not caused or contributed to by the fault and/or
7  negligence of Plaintiff, PCC, the M/T PUGET SOUND, or of the persons in charge of
8  her, or of any person for whom Plaintiff was or is in any way responsible, but rather were
9  caused solely and proximately by, and due wholly to the fault and negligence of the Tug
10 DELTA LINDA, and the persons in charge of and/or responsible for her operation and
11 navigation, all of whom were servants and/or agents of the Defendants, and each of them.

13                          **PRAYER FOR RELIEF**

14       WHEREFORE, PLAINTIFF PUGET CARRIER CORPORATION PRAYS FOR
15 THE FOLLOWING RELIEF:

16  **1.**    With respect to the First Cause of Action:

17       **(a)**    Process *in rem* be issued in accordance with the practices of this
18              Honorable Court in cases of admiralty and maritime jurisdiction
19              against the Tug DELTA LINDA, pursuant to Rule C of the
20              Supplemental Rules for Certain Admiralty and Maritime Claims, and
21              that all persons claiming any right, title, or interest in said property be
22              cited to appear, claim, and answer under oath all the matters
23              aforesaid.

24       **(b)**    For compensatory damages according to proof at trial, including but
25              not limited to, cost of repairs, loss use, lost profits and economic loss;

26       **(e)**    For incidental and consequential damages, including but not limited
27              to damage to Plaintiff's property, according to proof;

28       **(f)**    For pre-judgment interest at the legal rate;

-5-

1    and

2        **(g)**    For such other and further relief as the Court may deem just and

3            proper.

4

5    Respectfully Submitted,

6    Dated: May $\underline{4\text{ }\!\!\text{h}}$, 2007                                    KAYE, ROSE & PARTNERS, LLP

7

8                                                    By:

9                                                    Frank C. Brucculeri
                                                     Bradley M. Rose
                                                     Attorneys for Plaintiff
10                                                   PUGET CARRIER CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-