**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose (SBN 126281)
Frank C. Brucculeri (SBN 137199)
1801 Century Park East
Suite 1500
Los Angeles, California 90067-2302
Tel: (310) 551-6555
Fax: (310) 277-1220

Attorneys for Plaintiff
PUGET CARRIER CORPORATION

**FILED**

MAY - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*EDL*

In the Matter

Of

The Complaint of PUGET CARRIER
CORPORATION as owner of the M/T
PUGET SOUND, for exoneration from or
limitation of liability.

C 07   2495

**VERIFICATION TO VERIFIED COMPLAINT FOR MARITIME NEGLIGENCE AND COLLISION DAMAGES**

)
)
)
)
)
)
)
)
)
)
)

3



-1-

1    I, Frank Brucculeri, am one of the attorneys for Puget Carrier Corporation,

2
3    plaintiff in this action. I have read the foregoing complaint and know the contents

4    thereof and the same is true to my knowledge, except as to the matters therein stated on

5    information and belief, and as to those matters I believe it to be true.

6
7    In accordance with 28 U.S.C. § 1746(2), I declare under penalty of perjury under

8    the laws of the United States of America that the foregoing is true and correct. Executed

9    on this $\underline{4^{th}}$ day of May, 2007, at $\underline{Los\ Angeles}$_____, California.

10

11

12

13    Frank C. Brucculeri

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-