KAYE, ROSE & PARTNERS, LLP
Frank C. Brucculeri (SBN 137199)
Bradley M. Rose (SBN 126281)
1801 Century Park East
Suite 1500
Los Angeles, California 90067-2302
Tel: (310) 551-6555
Fax: (310) 277-1220

Attorneys for Plaintiff
PUGET CARRIER CORPORATION

FILED
MAY - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

EDL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PUGET CARRIER CORPORATION, a Delaware Corporation,

Plaintiff,

vs.

TUG DELTA LINDA, Official Number 1078815, her engines, tackle, appurtennces, etc. *in rem*, BAYDELTA MARITIME, INC., a California Corporation,

Defendants.

Case No. C 07 2495

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 4, 2007

KAYE, ROSE & PARTNERS, LLP

By: _____
Frank C. Brucculeri
Bradley M. Rose
Attorneys for Plaintiff
PUGET CARRIER CORPORATION