| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Frank Brucculeri, 137199<br>KAYE, ROSE & PARTNERS, LLP<br>1801 Century Park East<br>Los Angeles, CA 90067 | (310) 551-6555 | **FILED**<br>MAR 2. 2007 3:18<br>07 JUN 11 PM 3:18<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

PUGET CARRIER CORPORATION

DEFENDANT:

TUG DELTA LINDA, Official Number 1078815, her engi

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C072495EDL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Guidelines to USDC-San Francisco, Notice of Assignment of Case, Order Setting Initial Case Management Conference, Standing Order, Summons, Verification to Complaint, Verified Complaint For Maritime Negligence, (See Attachment)

2. Party Served: BAYDELTA MARITIME, INC.

3. Person Served: Nancy Daniel O/F Charles Stephen Donovan - Person authorized to accept service of process

4. Date & Time of Delivery: May 30, 2007     3:41 pm       **BY FAX**

5. Address, City and State: 4 Embarcadero Center 17th Floor
San Francisco, CA 94111

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 44.00

Registered California process server.
County: ALAMEDA
Registration No.:805
Expiration: September 8, 2007

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on June 8, 2007 at Oakland, California.

Signature: _Chris Beale_

Chris Beale

PUGET CARRIER CORPORATION vs. TUG DELTA LINDA, Official Number 1078815, her engines, tackle, appurtences, etc in rem, Baydelta Maritime, Inc., a California Corp.
United States District Court
Northern District of California
Case No. C072495 EDL

**Attachment**
Certification of Interested Parties, Civil Cover Sheet, ECF Registration Information Handout