| | |
|---|---|
| **KAYE, ROSE & PARTNERS, LLP**<br>Bradley M. Rose (SBN 126281)<br>Frank C. Brucculeri (SBN 137199)<br>1801 Century Park East, Suite 1500<br>Los Angeles, California 90067-2302<br>Tel: (310) 551-6555<br>Fax: (310) 277-1220<br><br>Attorneys for Plaintiff<br>PUGET CARRIER CORPORATION | **FILED**<br><br>AUG 1 7 2007<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>E-filing |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUGET CARRIER CORPORATION, a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TUG DELTA LINDA, Official Number 1078815, her engines, tackle, appurtenances, etc. *in rem*, BAYDELTA MARITIME, INC., a California Corporation,<br><br>　　　　Defendants. | Case No. C 07 2495-EDL<br><br>Assigned to: Hon. Elizabeth D. Laporte, Ctrm E, 15th Floor<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE<br><br>Complaint filed: May 9, 2007 |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions to Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntary consents to have a United States Magistrate Judge conduct any and all further proceeding in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:　　August 17, 2007

　　　　　　　　　　　　　　　　　　／s／ Frank C. Brucculeri
Frank C. Brucculeri
Attorneys for Plaintiff
PUGET CARRIER CORPORATION

-1-

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

# DECLARATION OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in Los Angeles County, State of California. I am over the age of eighteen (18) and not a party to this action; my business address is 1801 Century Park East, Suite 1500, Los Angeles, California 90067-2302.

On August 17, 2007, I served the following document described as: **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on the interested parties in Case No. C 07-02495-EDL by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

John Giffin
Keesal, Young & Logan
Four Embarcadero Center, Suite 1500
San Francisco, CA 94111

☐ **(VIA EMAIL):** I caused the documents to be sent to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **(BY FACSIMILE):** I caused the foregoing documents to be transmitted via facsimile to the above addressee(s) at the facsimile number(s) indicated, and that the transmission was reported as complete and without error. Service via facsimile is made pursuant to the written confirmation between the parties of acceptance of service via facsimile. (Sending Facsimile (310) 277-1220.) Time of Transmittal: _____

☒ **(BY MAIL):** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

☐ **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: August 17, 2007

Linda Lavallee

-2-

Case No. C 07-02495-EDL

**PROOF OF SERVICE**