In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date:  August 14, 2007

Case No: **C- 07-02495 EDL**

Case Name: **PUGET CARRIER CORP v. TUG DELTA LINDA**

Attorneys:    Pltf: Frank C. Brucculeri    Deft: Garrett Wynne

Deputy Clerk:  Lili M. Harrell            FTR digital recording: 10:43am - 10:48am

**PROCEEDINGS:**                                    **RULING:**

1. Case Management Conference                      Held

2.

**ORDERED AFTER HEARING:** Case referred to a magistrate judge to conduct a settlement conference in early December 2007, as schedule permits.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [X]  Court

**Case continued to:**

**PRETRIAL SCHEDULE:**
Last day to add new parties: 9/17/07
Discovery cutoff: 1/7/08
Initial expert disclosure deadline: 12/14/07
Expert discovery cutoff: 1/7/08
Dispositive Motion filing deadline: 1/22/08
Dispositive Motions hearing date: 2/26/08 at 9:00 am
Pretrial Conference:  4/22/08 at 2:00pm
Trial: 5/05/08  at 8:30 a.m., set for 3 days.
       [ ] Jury  [X]  Court

Notes:

cc: Wings