This Document was removed by Order of the Judge.