UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUGET CARRIER CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>TUG DELTA LINDA, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-07-2495 EDL (EMC)<br><br>**ORDER REMOVING DOCKET NO. 14 FROM ELECTRONIC FILING** |

    This Court orders the removal of Docket No. 14, "Plaintiff's Settlement Conference Statement," which was negligently filed electronically by Plaintiff on January 3, 2008. Plaintiff is referred to page one of this Court's Notice of Settlement and Settlement Conference Order, filed on October 4, 2007 (Docket No. 13).

    IT IS SO ORDERED.

Dated: January 4, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge