**In the United States District Court**
**for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:** January 15, 2008

**Court Reporter:** Not Recorded

**Case No.:** C-07-2495 EDL (EMC)

**Case Name:** Puget Carrier Corporation v. Tug Delta Linda, et al.

**Counsel:**
**Plf:** Ronald K. Losch                     **Def:** John D. Giffin

**Outcome of Settlement Conference:**

|            | Settled |
| ---------- | ------- |
|            | Partial settlement |
| X          | Did not settle |
|            | Other: |

**Notes:** Further Settlement Conference scheduled for January 29, 2008, at 3:00 p.m.; Court to issue scheduling order.

**Time:** 1.5 hours

                                                        /s/
                                             Leni Doyle, Deputy Clerk

cc:    EMC, EDL