JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:  (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Defendants
BAYDELTA MARITIME, INC. and
BAY AND DELTA MARINE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUGET CARRIER CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>TUG DELTA LINDA, et al.,<br><br>Defendants. | Case No. C-07-2495-EDL (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING MANDATORY SETTLEMENT CONFERENCE**<br><br>Date: January 29, 2008<br>Time: 3:00 p.m.<br>Judge: Edward M. Chen |

## I. INTRODUCTION

On January 15, 2008 the Court issued its Notice and Order Setting Further Settlement Conference ("Settlement Conference Order") setting a continued settlement conference in this matter for January 29, 2008.

The parties have been diligently working to resolve this matter and are optimistic that the case can be settled informally without a settlement conference.

Accordingly, by this stipulation, the parties respectfully request that the Court postpone the January 15, 2008 Settlement Conference so that they can continue their informal efforts to resolve this matter.

## II. STIPULATION

The parties, by and through their attorneys of record herein, submit their Stipulation and Proposed Order Continuing Mandatory Settlement Conference as follows:

The Mandatory Settlement Conference before Judge Chen currently scheduled for Tuesday, January 29, 2008 at 3:00 p.m. shall be rescheduled to Tuesday, February 5, 2008 at 3:00 p.m.

IT IS SO STIPULATED.

DATED: January 28, 2008

/s/ Frank Brucculeri
BRADLEY M. ROSE
FRANK C. BRUCCULERI
Attorneys for Plaintiff
PUGET CARRIER CORPORATION

DATED: January 28, 2008

/s/ John Giffin
JOHN D. GIFFIN
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
BAYDELTA MARITIME, INC. and
BAY AND DELTA MARINE SERVICES, INC.

## ORDER

Based on the stipulation of the parties and good cause appearing, the Court hereby orders as follows:

**The Mandatory Settlement Conference in this matter currently scheduled for Tuesday, January 29, 2008 at 3:00 p.m. shall be rescheduled to Tuesday, February 5, 2008 at 3:00 p.m.**

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE