**KAYE, ROSE & PARTNERS, LLP**
ATTORNEYS AT LAW

1801 Century Park East, Suite 1500
Los Angeles, CA 90067-2302
TEL (310) 551-6555 • FAX (310) 277-1220

February 4, 2008

**VIA E-FILE**
Honorable Edward M. Chen
450 Golden Gate Avenue
San Francisco, CA 94102-3483

      Re:   *Puget Carrier Corporation v. Tug Delta Linda, et. al*
             USDC Case No. CV 07-02495-EDL
             Our Ref.:    MAR2.002

Dear Judge Chen:

    Pursuant to Bay Delta Linda's Counsel's telephone conversation with your clerk of today's date, this letter shall serve as Notice to the Court that the parties have settled the above entitled matter in its entirety. As such, the parties request the Settlement Conference, presently scheduled for tomorrow, February 5, 2008 at 3p.m., be taken off calendar.

    The parties shall file a Notice of Settlement and Stipulation to Dismiss this action promptly.

                        Very truly yours,

                        KAYE, ROSE & PARTNERS, LLP

                        /s/ *Michelle E. Ceja*

                        Michelle E. Ceja

cc: Garrett Wynn, Esq.

SAN DIEGO
402 West Broadway, Suite 1300
San Diego, CA 92101-3542
TEL (619) 232-6555 • FAX (619) 232-6577

SAN FRANCISCO
425 California Street, Suite 2025
San Francisco, CA 94104-2213
TEL (415) 433-6555 • FAX (415) 433-6577