UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUGET CARRIER CORPORATION, | No. C-07-2495 EDL (EMC) |
|     Plaintiff, | |
|     v. | **CLERK'S NOTICE** |
| TUG DELTA LINDA, *et al.*, | |
|     Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties have advised the Court that this case has settled (*see* Docket No. 20). Please take notice that the Settlement Conference set for February 5, 2008, at 3:00 p.m. before Magistrate Judge Edward M. Chen has been **VACATED**.

Dated: February 4, 2008                                           RICHARD W. WIEKING, CLERK

                                                                                By: _____/s/_____
                                                                                     Leni Doyle
                                                                                     Deputy Clerk