```
 1  Bradley M. Rose  (SBN 126281)
    Frank C. Brucculeri (SBN 137199)
 2  Michelle E. Ceja (SBN 236560)
    KAYE, ROSE & PARTNERS, LLP
 3  1801 Century Park East, Suite 1500
    Los Angeles, California 90067-2302
 4  Tel: (310) 551-6555
    Fax: (310) 277-1220
 5
    Attorneys for Plaintiff
 6  PUGET CARRIER CORPORATION
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
11
    PUGET CARRIER CORPORATION, a  )  Case No. C 07-02495-EDL
12  Delaware Corporation,          )
                                   )  Assigned to:  Hon. Elizabeth D.
13                Plaintiff,       )  Laporte, Ctrm E, 15th Floor
                                   )
14       vs.                       )
                                   )  STIPULATION FOR DISMISSAL
15  TUG DELTA LINDA, Official Number )  WITH PREJUDICE; [PROPOSED]
    1078815, her engines, tackle,  )  ORDER
16  appurtenances, etc. in rem, BAYDELTA )
    MARITIME, INC., a California   )  Complaint filed: May 9, 2007
17  Corporation,                   )
                                   )
18                Defendants.      )
                                   )
19                                 )
                                   )
20  _____ )
21
         Pursuant to Rule 41(a)(1) of Federal Rules of Civil Procedure, Plaintiff PUGET
22
    CARRIER CORPORATION and Defendant BAYDELTA MARITIME, INC., through
23
    their counsel of record, hereby stipulate to the dismissal of the within entitled action,
24
    since the parties reached agreement for overall settlement of this matter.
25
    / / /
26
27
    / / /
28
```

-1-

Case No. C 07-02495-EDL

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

1  Accordingly, the parties believe that good cause and reason exist for this honorable
2  court to dismiss the entire action, with prejudice, each party to bear their own fees and
3  costs.

6  IT IS SO STIPULATED AND AGREED.

8  Dated: May 20, 2008

KAYE, ROSE & PARTNERS, LLP

By: /s/ Michelle Ceja
Frank Brucculeri
Michelle E. Ceja
Attorneys for Plaintiff
PUGET CARRIER CORPORATION

13  Dated: May 20, 2008

By: /s/ Garrett N. Wynne
John D. Giffin
Garrett Wynne
Attorneys for Defendant
BAYDELTA MARITIME, INC.

## ORDER

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

-2-

Case No. C 07-02495-EDL

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER