1  Bradley M. Rose  (SBN 126281)
   Frank C. Brucculeri (SBN 137199)
2  Michelle E. Ceja (SBN 236560)
   **KAYE, ROSE & PARTNERS, LLP**
3  1801 Century Park East, Suite 1500
   Los Angeles, California 90067-2302
4  Tel: (310) 551-6555
   Fax: (310) 277-1220
5
   Attorneys for Plaintiff
6  PUGET CARRIER CORPORATION

7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10

11 | PUGET CARRIER CORPORATION, a          ) Case No.  C 07-02495-EDL
12 | Delaware Corporation,                 )
                                           ) Assigned to:  Hon. Elizabeth D.
13 |           Plaintiff,                  ) Laporte, Ctrm E, 15th Floor
                                           )
14 |    vs.                                ) **STIPULATION FOR DISMISSAL**
                                           ) **WITH PREJUDICE; [PROPOSED]**
15 | TUG DELTA LINDA, Official Number      ) **ORDER**
   | 1078815, her engines, tackle,         )
16 | appurtenances, etc. *in rem*, BAYDELTA ) Complaint filed: May 9, 2007
   | MARITIME, INC., a California          )
17 | Corporation,                          )
                                           )
18 |           Defendants.                 )
                                           )
19                                         )
                                           )
20 _____)

21     Pursuant to Rule 41(a)(1) of <u>Federal Rules of Civil Procedure</u>, Plaintiff PUGET
22 CARRIER CORPORATION and Defendant BAYDELTA MARITIME, INC., through
23 their counsel of record, hereby stipulate to the dismissal of the within entitled action,
24 since the parties reached agreement for overall settlement of this matter.
25 / / /
26
27 / / /
28

-1-

Case No. C 07-02495-EDL
STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

1  Accordingly, the parties believe that good cause and reason exist for this honorable
2 court to dismiss the entire action, with prejudice, each party to bear their own fees and
3 costs.

6  IT IS SO STIPULATED AND AGREED.

8  Dated: May 20, 2008                    KAYE, ROSE & PARTNERS, LLP

9                                          By: /s/ Michelle Ceja
10                                         Frank Brucculeri
                                           Michelle E. Ceja
11                                         Attorneys for Plaintiff
                                           PUGET CARRIER CORPORATION

13  Dated: May 20, 2008

14                                          By: /s/ Garrett N. Wynne
15                                         John D. Giffin
                                           Garrett Wynne
16                                         Attorneys for Defendant
                                           BAYDELTA MARITIME, INC.

20                                      **ORDER**

22  IT IS SO ORDERED.

23  Dated: May 22, 2008
                                            /s/ Elizabeth D. Laporte
                                            UNITED STATES DISTRICT JUDGE

-2-

Case No. C 07-02495-EDL

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER